**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-6372**

———————

ALEXANDER OTIS MATTHEWS,

Plaintiff – Appellant,

v.

MICHAEL RICHARD PAUZE,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:14-cv-00248-LO-TRJ)

———————

Submitted: July 23, 2015          Decided: July 27, 2015

———————

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Alexander Otis Matthews, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Otis Matthews appeals the district court's order granting his motion to correct misfiling and dismissing his complaint alleging prosecutorial misconduct. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Matthews v. Pauze, No. 1:14-cv-00248-LO-TRJ (E.D. Va. Feb. 12, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED